■ In the Matter of JAMES WINDSOR, Petitioner, v JOHN P. FINNERTY, as Sheriff of the County of Suffolk, et al., Respondents.—Proceeding pursuant to CPLR article 78, inter alia, to review a determination of the respondent Sheriff of Suffolk County, dated April 28, 1978, which suspended petitioner without pay from his position as a Deputy Sheriff for a period not to exceed 30 days. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. There was substantial evidence to

support the determination, and the punishment was not inappropriate (see *Matter of Pell v Board of Educ.,* 34 NY2d 222). Lazer, J. P., Gulotta, Cohalan and Gibbons, JJ., concur.